**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00849-CV

### CHRISTINE E. REULE, Appellant

### V.

### M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHS, WATTERS, ASKANASE, LLP, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 875636**

## M E M O R A N D U M     O P I N I O N

This is an attempted interlocutory appeal. Appellant's pro se notice of appeal acknowledges it is interlocutory. Appellees have filed a motion to dismiss the appeal for want of jurisdiction because there is no final judgment. Appellant filed no response.

Appellees' motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.